Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> Plaintiff, <br><br> vs. <br><br> LA GREEN DEVELOPMENT, INC. DBA SOCAL ENERGY POWER, <br><br> Defendant. | Case No.: 2:22-CV-00410-JFW-Ex <br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

    Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntary dismisses this action with prejudice.

    Respectfully submitted,

    Dated: February 9, 2022

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 1

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of this filing was sent to Niv V. Davidovich, counsel for Defendant, via e-mail pursuant to Fed. R. Civ. P. 5(b)(2)(E), on the same day as filing of this document.

/s/ Jorge Alejandro Rojas
JORGE ALEJANDRO ROJAS

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE - 2